NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALCATEC, LLC,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5010

---

Appeal from the United States Court of Federal Claims in Case No. 08-CV-113, Judge Christine O.C. Miller.

---

**JUDGMENT**

---

PHIL B. ABERNETHY, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, of Ridgeland, Mississippi, argued for plaintiff-appellant. With him on the brief was LEANN W. NEALEY.

JOHN S. GROAT, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and REGINALD T. BLADES, JR., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 11, 2012                      /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk